RECEIVED
IN MONROE, LA

AUG 28 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALLEN D. JOHNSON | CIVIL ACTION NO. 06-0635 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF MONROE, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling, and, in accordance with the jury's verdict [Doc. No. 73],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Allen D. Johnson's motion for post-trial relief [Doc. No. 74] is GRANTED IN PART AND DENIED IN PART. Plaintiff's request for reinstatement is GRANTED, and his request for liquidated damages under the Family Medical Leave Act, 29 U.S.C. § 2601, et seq., is DENIED.

Judgment is entered in favor of Plaintiff and against Defendant City of Monroe on Plaintiff's due process claims under the Fourteenth Amendment to the United States Constitution and Louisiana Constitution, art. 1, § 2, and on Plaintiff's breach of contract claim under Louisiana law. Plaintiff is awarded $34,000 in back pay and benefits, $50,000 in mental anguish, and $25,000 for loss of enjoyment of life, for a total damages award of $109,000.00 against Defendant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the award of back pay shall bear legal interest at the rate established by La. Rev. Stat. § 13:4202(B)(1) from the due date of each paycheck until paid in full. The awards for mental anguish and loss of enjoyment of life shall bear legal interest, in accordance with La. Rev. Stat. § 13:5112(C), from the date of service of

1

Plaintiff's Complaint, April 19, 2006, until the entry of this Court's Judgment, at the rate of 6% per annum and thereafter at the rate established by La. Rev. Stat. § 13:4202(B)(1) until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded reasonable attorney's fees and litigation expenses in accordance with 42 U.S.C. § 1988, the amount of which will be determined by the Court upon Plaintiff counsel's motion. Costs are to be taxed by the Clerk of Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff be reinstated immediately to his former or a comparable position with Defendant, at the same rate of pay and level of seniority and with comparable benefits.

MONROE, LOUISIANA, this 27 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE