RECEIVED
IN MONROE, LA
JAN - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ALLEN D. JOHNSON | * | CIVIL ACTION NO. 06-00635 |
| Versus | * | JUDGE JAMES |
| CITY OF MONROE, ET AL. | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the City of Monroe is **ORDERED** to pay $96,459.34 in attorneys' fees and costs to Allen D. Johnson.

THUS DONE AND SIGNED this ___ day of January, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION